# UNITED STATES DISTRICT COURT
## District of Kansas
(Wichita Docket)

**UNITED STATES OF AMERICA,**
       **Plaintiff,**

      v.                  **CASE NO. 6:21-cr-10006-GEB**

**KAMERON REECE,**
       **Defendant.**

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

### OBSTRUCTION OF MAIL
**[Title 18, U.S.C. Section 1701]**

From on or about and between November 30, 2020 and December 1, 2020, in the District of Kansas, the defendant,

**KAMERON REECE**,

did knowingly, willfully, and unlawfully obstruct and retard the passage of the mail in that he did unlawfully discard and secrete mail entrusted to him for delivery.

In violation of Title 18, United States Code, Section 1701.

A TRUE BILL.

January 26, 2021  s/Foreperson
DATE  FOREPERSON OF THE GRAND JURY

STEPHEN R. MCALLISTER
UNITED STATES ATTORNEY

By:/s/ *Oladotun O. Odeyemi*
OLADOTUN O. ODEYEMI
Assistant United States Attorney
District of Kansas
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
Ph: (316) 269-6481
Fax: (316) 269-6484
Email: ola.odeyemi@usdoj.gov
Colorado Supreme Court Reg. #46351

(It is requested that trial of the above captioned case be held in Wichita, Kansas.)